**Order entered April 16, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-19-01328-CR

**JERRY LYNN TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070819**

## ORDER

Before the Court is appellant's April 14, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before April 20, 2020.

/s/    LANA MYERS
       JUSTICE